UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA MARTINEZ and JONATAN FLORES MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-CV-00415-WBS-CSK<br><br>**ORDER TO DISMISS CERTAIN CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

0

On July 30, 2025, the Parties to the above-referenced action filed a Stipulation to dismiss certain of Plaintiffs' causes of action as follows: number (3) for Violation of the Song-Beverly Act- Section 1793.2; number (4) for Fraudulent Inducement - Concealment; and number (5) for Negligent Repair.  The Parties also stipulated that Plaintiffs' prayer for punitive damages as to causes of action numbers 3, 4, and 5 are waived.  The Court having reviewed that Stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation is approved.
2. Causes of action 3,4, & 5 are dismissed with prejudice.
3. Plaintiffs' prayer for punitive damages as to causes of action numbers 3, 4, and 5 are waived.

**IT IS SO ORDERED.**

**Dated:  August 4, 2025**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1